IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40057
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHANE JUDE ROMERO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-105-2
- - - - - - - - - -
July 21, 1998

Before KING, WIENER and BARKSDALE, Circuit Judges.

PER CURIAM:*

Shane Jude Romero appeals his sentence from his guilty-plea conviction for carjacking. He argues that the district court clearly erred in failing to reduce his offense level for acceptance of responsibility. See U.S.S.G. § 3E1.1. We have carefully reviewed the arguments and the appellate record. We conclude that, in light of the standard of review which accords great deference to the sentencing court's § 3E1.1 determination, no error ensued. See United States v. Vital, 68 F.3d 114, 120-21

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir. 1995); <u>United States v. Siebe</u>, 58 F.3d 161, 163 (5th Cir. 1995); <u>United States v. Watkins</u>, 911 F.2d 983, 985 (5th Cir. 1990).

AFFIRMED.